Ronald L. Israel, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2045
Facsimile: (973) 530-2245
Email: risrael@csglaw.com
Attorneys for Defendant
Teleflora LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELEFLORA LLC,<br><br>Defendant. | Civil Action No.:_____<br><br>*Document Electronically Filed*<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>[Previously pending in the Superior Court of New Jersey, Law Division, Bergen County, L-4918-15] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Teleflora LLC ("Teleflora") hereby states as follows:

Teleflora is 100% owned by Teleflora Holdings LLC, which is 100% owned by The Wonderful Company LLC. No publicly held corporation owns 10% or more of the stock of Teleflora.

                                                  CHIESA SHAHINIAN & GIANTOMASI PC
                                                  *Attorneys for Defendant Teleflora LLC*

                                                  By: __/s/ Ronald L. Israel_____
                                                          RONALD L. ISRAEL

Dated: June 30, 2015