**NOT FOR PUBLICATION**                                            **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN, | Civil Action No. 15-4810 (CCC-JBC) |
| Plaintiff, | **ORDER** |
| v. | |
| TELEFLORA LLC, et al., | |
| Defendants. | |

**CECCHI, District Judge.**

This matter comes before the Court on the motion of pro se Plaintiff Harold M. Hoffman ("Plaintiff") to remand this matter to state court for lack of federal subject matter jurisdiction. (ECF No. 6.) Defendant Teleflora LLC opposed Plaintiff's motion. (ECF No. 7.) On January 19, 2016, Magistrate Judge James B. Clark issued a Report and Recommendation ("R&R") that Plaintiff's motion to remand to state court for lack of federal subject matter jurisdiction be granted. (ECF No. 9.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's R&R, and for substantially the same reasons stated therein;

**IT IS** on this 3 day of February, 2016

**ORDERED** this Court adopts Judge Clark's January 19, 2016 R&R that Plaintiff's motion to remand be granted; and it is further

**ORDERED** this action be remanded; and it is further

**ORDERED** the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.